IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES W.,
    Plaintiff(s),

v.                                            Case No. 1:23-cv-819
                                                (Litkovitz, MJ ; Consent Case)

Commissioner of Social Security,
    Defendant(s).

## JUDGMENT IN A CIVIL CASE

**[ ]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: **ORDER that plaintiff's statement of errors (Doc. 7) is OVERRULED, and the Commissioner's non-disability finding is AFFIRMED. IT IS THEREFORE ORDERED that judgment be entered in favor of the Commissioner and this case is closed on the docket of the Court.   (See Doc. 10).**

Date: February 25, 2025

1 The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

                                                Richard W. Nagel, Clerk of Court
                                                By:  s/Arthur Hill, deputy clerk